FILED
JUL 1 3 2010

6/23/10 ff

ENTERED
JUL 1 6 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1  JAURIGUE LAW GROUP
   MICHAEL J. JAURIGUE, Cal. Bar No. 208123
2  ANTHONY SBARDELLATI, Cal. Bar No. 246431
   MASATAKA SCANLAN, Cal. Bar No. 254718
3  411 North Central Avenue, Suite 310
   Glendale, California 91203
4  Telephone:  (818) 432-3220
   Facsimile:  (888) 879-1697
5  michael@jauriguelaw.com

6  Attorney for Debtors and
7  Debtors in Possession Ademir Pasco and Rachel
   Pasco

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: | Case No.: 2:10-bk-15866 |
|---|---|
| Ademir Pasco and Rachel Pasco, | Chapter 11 |
| Debtors and Debtors in Possession. | **NOTICE AND ORDER OF BAR DATE** |

Rejected
See LBR
3001-1.
TD
7/13/10

NOTICE AND ORDER OF BAR DATE

1

2    A Status Conference was held in the above-entitled bankruptcy proceeding on
3  May 5, 2010, at 10:00 a.m., in Courtroom 1345 of the above-entitled Court before
4  the Honorable Thomas B. Donovan, United States Bankruptcy Judge. Mashi
5  Scanlan of the Jaurigue Law Group appeared on behalf of the Chapter 11 Debtors in
6  Possession, Ademir Pasco & Rachel Pasco (the "DIPs").
7    At that Status Conference, the Court set the following Scheduling Order:
8    IT IS HEREBY ORDERED that DIPs serve notice of a Claims Filing Bar
9  Date to all creditors with at least 60 days notice, accordingly the Claims Filing Bar
10 Date is set for August 30, 2010.

17  DATE_____

22                                              The Honorable Thomas B. Donovan
23    # # #

NOTICE AND ORDER OF BAR DATE

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

411 N Central Ave, Suite 310, Glendale, CA 91203

A true and correct copy of the foregoing document described **NOTICE AND ORDER OF BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

U.S. Mail

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 24, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 24, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas B. Donovan
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 24, 2010                    Marjorie

NOTICE AND ORDER OF BAR DATE

|   |   |   |
|---|---|---|
| _____ | Pilovetzky | _____ |
| Date | Type Name | Signature |

1

2  DARE LAW
   725 FIGUEROA ST., 26TH FLOOR
3  LOS ANGELES, CA 90017

4  AMERICAN HONDA FINANCE
   6261 KATELLA AVE, STE 1A
5  CYPRESS, CA 90630

6  BAC HOME LOANS LP / COUNTRYWIDE
   450 AMERICAN ST
7  SIMI VALLEY, CA 93065

8  BARCLAYS BANK DELAWARE
   125 SOUTH WEST STRRET
   ATTN: CREDIT BUREAU
9  WILMINGTON, DE 19801

10 CAPITAL ONE
   PO BOX 85520
11 RICHMOND, VA 23285

12 CAVALRY PORTFOLIO SERVICES
   4050 E COTTON CENTER BLVD
13 PHOENIX, AZ 85040

14 DSNB MACY'S
   9111 DUKE BLVD
   MASON, OH 45040
15

16 FIRST FEDERAL BANK OF CALIFORNIA
   401 WILSHIRE BLVD, FLOOR 3
17 SANTA MONICA, CA 90401

18 HSBC BANK
   PO BOX 5253
   CAROL STREAM, IL 60197
19

20 ONEWEST BANK, FSB
   6900 BEATRICE DR
21 KALAMAZOO, MI 49009

22 MERRICK BANK
   PO BOX 5000
   DRAFER, UT 84020
23

24 SCHOOLS FEDERAL CREDIT UNION
   2200 W ARTESIA BLVD
   COMPTON, CA 90220
25

26 WELLS FARGO HOME MORTGAGE
   8480 STAGECOACH CIR
   FREDERICK, MD 21701

27 WYNDHAM VACATION
   10750 W CHARLESTON BLVD, SUITE 130
28

NOTICE AND ORDER OF BAR DATE

1  LAS VEGAS, NV 89135
   Law Offices of Vincent V Frounjian
2  16133 Ventura Blvd Ste 560
   Encino, CA 91436
3
   Darlene C Vigil
4  Barrett Daffin Frappier Treder Weiss LLP
   20955 Pathfinder Rd Ste 300
5  Diamond Bar, CA 91765

6  Richard J Bauer, Jr
   Miles, Bauer, Bergstrom & Winters LLP
7  1231 E Dyer Rd Ste 100
   Santa Ana, CA 92705
8
   Ramesh Singh
9  Recovery Management Systems Corp
   25 S E 2nd Ave Ste 1120
10 Miami, FL 33131

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE AND ORDER OF BAR DATE

| In re: Ademir Pasco and Rachel Pasco | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-15866 |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **NOTICE AND ORDER OF BAR DATE** was entered on the date indicated as □Entered□ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 06/24/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

U.S. Trustee: ustpregion16.la.ecf@usdoj.gov
Dare Law: dare.law@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an □Entered□ stamp, the party lodging the judgment or order will serve a complete copy bearing an □Entered□ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

The Honorable Thomas B. Donovan
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                **F 9021-1.1**

| In re: Ademir Pasco and Rachel Pasco | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-15866 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9021-1.1**

1. BAC HOME LOANS LP / COUNTRYWIDE
   450 AMERICAN ST
   SIMI VALLEY, CA 93065

2. BARCLAYS BANK DELAWARE
   125 SOUTH WEST STRRET
   ATTN: CREDIT BUREAU
   WILMINGTON, DE 19801

3. CAPITAL ONE
   PO BOX 85520
   RICHMOND, VA 23285

4. CAVALRY PORTFOLIO SERVICES
   4050 E COTTON CENTER BLVD
   PHOENIX, AZ 85040

5. DSNB MACY'S
   9111 DUKE BLVD
   MASON, OH 45040

6. FIRST FEDERAL BANK OF CALIFORNIA
   401 WILSHIRE BLVD, FLOOR 3
   SANTA MONICA, CA 90401

7. HSBC BANK
   PO BOX 5253
   CAROL STREAM, IL 60197

8. ONEWEST BANK, FSB
   6900 BEATRICE DR
   KALAMAZOO, MI 49009

9. MERRICK BANK
   PO BOX 5000
   DRAFER, UT 84020

10. SCHOOLS FEDERAL CREDIT UNION
    2200 W ARTESIA BLVD
    COMPTON, CA 90220

11. WELLS FARGO HOME MORTGAGE
    8480 STAGECOACH CIR
    FREDERICK, MD 21701

12. WYNDHAM VACATION
    10750 W CHARLESTON BLVD, SUITE 130
    LAS VEGAS, NV 89135

Law Offices of Vincent V Frounjian
16133 Ventura Blvd Ste 560
Encino, CA 91436

| | |
|---|---|
| 1 | Darlene C Vigil<br>Barrett Daffin Frappier Treder Weiss LLP<br>20955 Pathfinder Rd Ste 300 |
| 2 | Diamond Bar, CA 91765 |
| 3 | Richard J Bauer, Jr |
| 4 | Miles, Bauer, Bergstrom & Winters LLP<br>1231 E Dyer Rd Ste 100 |
| 5 | Santa Ana, CA 92705 |
| 6 | Ramesh Singh<br>Recovery Management Systems Corp |
| 7 | 25 S E 2nd Ave Ste 1120<br>Miami, FL 33131 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |