FILED & ENTERED

SEP 10 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Ademir Pasco,<br><br>Rachel Pasco<br><br><br><br>Debtors. | Case No: 2:10-bk-15866-TD<br><br>Chapter: 11<br><br>ORDER DENYING APPROVAL OF DISCLOLSURE STATEMENT AND CONFIRMATION OF PLAN<br><br>Date: August 11, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 1345 |

Debtors' Motion for Approval of Disclosure Statement and Confirmation of Reorganization came on for hearing at the above-captioned time and place.

IT IS ORDERED that approval of the disclosure statement and confirmation of the plan are DENIED.

DATED: September 10, 2010

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING APPROVAL OF DISCLOLSURE STATEMENT AND CONFIRMATION OF PLAN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *9/7/10*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Richard J Bauer on behalf of Interested Party Courtesy NEF
rbauer@mileslegal.com

Mark Domeyer on behalf of Creditor BAC Home Loans Servicing, LP....
mdomeyer@mileslegal.com

Vincent V Frounjian on behalf of Creditor AMERICAN HONDA FINANCE CORPORATION
vvf@pacbell.net

Michael J Jaurigue on behalf of Debtor Ademir Pasco
michael@jauriguelaw.com, anthony@jauriguelaw.com;mashi@jauriguelaw.com;margie@jauriguelaw.com;eva@jauriguelaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Diane W Sanders on behalf of Creditor Round Rock ISD
austin.bankruptcy@publicans.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Darlene C Vigil on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Ademir Pasco
Rachel Pasco
667 Glenmore Blvd
Glendale, CA 91206

- 3

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page